LAW LIBRARY

NO. 28693

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

JADE EMORY,
Petitioner/Plaintiff-Appellant

vs.

HOUSING AND COMMUNITY DEVELOPMENT CORPORATION
OF HAWAI'I ("HCDCH"), formerly known as HAWAI'I HOUSING
AUTHORITY ("HHA"), STATE OF HAWAI'I and LINDA
LINGLE, in her official capacity as Governor
of the State of Hawai'i,
Respondents/Defendants-Appellees

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NO. 05-1-1723)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Acoba, J., for the court[1])

The Application for Writ of Certiorari filed on

January 27, 2010 by Petitioner/Plaintiff-Appellant Jade Emory is

hereby rejected.

DATED: Honolulu, Hawai'i, February 22, 2010.

FOR THE COURT:

Associate Justice

Jade Emory, petitioner/
plaintiff-appellant, *pro se*,
on the application.

---

[1] Considered by: Moon, C.J., Nakayama, Acoba, and Duffy, JJ., and
Circuit Judge Sakamoto in place of Recktenwald, J., recused.